BEFORE THE SECOND DIVISION, MARCH 19, 1953

**No. 57179.**—Castello Fencing Equipment Co., Inc., and Rohner Gehrig & Co., Inc., et al. *v.* United States, protests 156237–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of foils and foil blades similar in all material respects to those the subject of *Castello Fencing Equipment Co., Inc.,* and *Rohner, Gehrig & Co., Inc.* v. *United States* (29 Cust. Ct. 72, C. D. 1447), the claim of the plaintiffs was sustained.

**No. 57180.**—Air Clearance Assn., Inc. *v.* United States, protest 184961–K (New York).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of parts of radar equipment, the same in all material respects as the radar equipment the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited, the radar equipment parts were held dutiable as claimed.